IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| VERINT SYSTEMS INC. and ) <br> VERINT AMERICAS INC.         ) <br>                              ) <br>              Plaintiffs,     ) <br>                              ) <br>       v.                     ) <br>                              ) <br> VOICE PRINT INTERNATIONAL, INC. ) <br>                              ) <br>              Defendant.      ) | Civil Action No. <br><br> 1:14-cv-00717-TWT |

**ORDER GRANTING MOTION FOR EXTENSION OF
<u>TIME TO ANSWER COMPLAINT OR OTHERWISE PLEAD</u>**

Plaintiffs Verint Systems Inc. and Verint Americas Inc. (hereinafter collectively "Verint"), having moved this Court for an order extending the time by forty-five (45) days, for Defendant Voice Print International, Inc. ("VPI") to file its Answer or otherwise plead to Verint's Complaint, and it appearing that the time period for filing an Answer or other pleading has not yet expired, and for other good cause shown, IT IS HEREBY ORDERED that the time for filing an Answer or other pleading is extended by forty-five (45) days, to and including Monday, September 15, 2014.

SO ORDERED, this 30th day of July, 2014.

    /s/Thomas W. Thrash
THE HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE